IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MELISSA MULLIN                                                                                  PLAINTIFF

v.                             NO. 4:22-cv-00715-PSH

KILOLO KIJAKAZI, Acting Commissioner of                                      DEFENDANT
the Social Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Melissa Mullin.

IT IS SO ORDERED this 3rd day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE