IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MELISSA MULLIN**                                                                 **PLAINTIFF**

v.                              NO. 4:22-cv-00715-PSH

**KILOLO KIJAKAZI, Acting Commissioner**                          **DEFENDANT**
**of the Social Security Administration**

## ORDER

Plaintiff Melissa Mullin ("Mullin") has filed the pending application for attorney's fees and expenses pursuant to the Equal Access to Justice Act. See Docket Entry 14. In the application, she seeks a total of $3,407.74 in attorney's fees and expenses. The Acting Commissioner of the Social Security Administration does not oppose Mullin's application.

The Court has reviewed Mullin's application, and there is nothing unreasonable about it. The application is granted, and attorney's fees and expenses in the total amount of $3,407.74 are awarded to Mullin. The Department of Treasury shall issue payment of this award by check made payable to Mullin, subject to any offset, in care of her attorney, Mickey

Stevens ("Stevens"), and shall mail the check to Stevens at his Bryant, Arkansas, address.

IT IS SO ORDERED this 22nd day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE